COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael LINEBURG, Petitioner

No. 143 WAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW,** this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Deshawn Leal PETERS, Petitioner

No. 108 WAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW,** this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

C.A., Petitioner

v.

DEPARTMENT OF HUMAN
SERVICES, Respondent

No. 121 WAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW,** this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**